■ FRED SHEINMAN, Respondent, v. PHILLIP GRUDSKY, Appellant, et al., Defendant.—On the call of the calendar, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated July 2, 1962, requiring him to perfect his appeal for the October

992

1962 Term. Ughetta, Brennan, Hill and Hopkins, JJ., concur; Beldock, P. J., not voting.